Christopher A. Guldjian (SBN 222964)
*litigation@glawg.com*
**GULDJIAN | FASEL**
20250 SW Birch Street,
Newport Beach, CA 92660
Telephone: (949) 487-3000
Facsimile: (949) 480-1699

JS-6

Attorneys for Plaintiff: JENNIFER MARTINEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JENNIFER MARTINEZ, an individual; <br><br>Plaintiff, <br><br>vs. <br><br>TARGET CORPORATION, a Minnesota Corporation, <br><br>Defendant. | Case No. 5:23-cv-01531-FMO-AJR <br><br>**ORDER ON JOINT STIPULATION [18] TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

Based upon the Joint Motion to Dismiss by the parties, and for good cause shown, the Court **hereby ORDERS this entire action be dismissed, with prejudice,** pursuant to F.R.C.P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: September 17, 2024        By: _____/s/_____

                                                    Hon. Fernando M. Olguin
                                                    U.S. DISTRICT JUDGE

-1-                                                                                                    23-cv-01531